| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| Rev. 2/88) | 1:94-CR-00343092 ODE |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00033 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Georgia | Atlanta |
| HARRIS, Robert Eric | NAME OF SENTENCING JUDGE | |
| | Honorable Orinda D. Evans | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/4/2011 | TO 11/3/202016 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine
21 USC 841(a)(1) and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 19 2012
Date

Honorable Orinda D. Evans
Senior United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/21/13
Effective Date

Honorable
United States District Judge