UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00033 |
| | ) | JUDGE CAMPBELL |
| ROBERT ERIC HARRIS | ) | |

ORDER

Pending before the Court is Defendant's Motion For Termination Of Supervised Release

(Docket No. 7).  The Government shall file a response to the Motion on or before March 4, 2014.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE